IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JONATHAN A. HARGETT,            )
                                )
           Plaintiff,           )
                                )
     v.                         )
                                )     1:23-cv-753
AMY COLLINS, NORMA              )
BLACKSHEAR, WAYNE BRATCHER,     )
And DANIEL HEADRIX,             )
                                )
           Defendants.          )
```

## ORDER

On September 19, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of October, 2023.

_/s/ William L. Osteen, Jr._
United States District Judge